| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Sherry Lynn Scheline** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–5083** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Idaho** | | |
| Case number:   **17–01027–TLM** | | |

## Order of Discharge                                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Sherry Lynn Scheline

6/25/19                                                              **By the court:**   <u>Terry L Myers</u>
                                                                                          United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                                   United States Bankruptcy Court
                                          District of Idaho

In re:                                                                                  Case No. 17-01027-TLM
Sherry Lynn Scheline                                                                    Chapter 7
            Debtor
                                          CERTIFICATE OF NOTICE
District/off: 0976-1              User: arutter                  Page 1 of 2                  Date Rcvd: Jun 25, 2019
                                  Form ID: 318                   Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2019.
db             +Sherry Lynn Scheline,    107 Scheline Lane,    McCall, ID 83638-5206
cr             +McCall Weddings, LLC,    c/o Law Office of D. Blair Clark, PC,    1509 Tyrell, Ste. 180,
                 Boise, ID 83706-6658
4821485         3 Girls Catering,    3210 W Chinden Blvd # 131,    Eagle, ID 83616
4817459        +AAMS/Automated Accounts Management Servi,    4800 Mills Civic Parkway,    Suite 202,
                 West Des Moines, IA 50265-5265
4817460        +Advantage Financial Services,    Attn: Bankruptcy,    10 S Cole Rd,    Boise, ID 83709-0930
4840114        +Barker Rosholt & Simpson LLP,    1010 W. Jefferson St., Ste. 102,    Boise, ID 83702-5453
4821489        +Clifford Scheline,    107 Scheline Ln.,    McCall, ID 83638-5206
4821490         Employment Security Dept,    P.O. Box 24928,    Seattle, WA 98124-0928
4821491        +Idaho Press Tribune,    1618 N Midland Blvd,    Nampa, ID 83651-1751
4821492         JR Williams-Roy Williams,    362 Race Creek,    Riggins, ID 83549
4821493        +Laura Bettis,    P.O. Box 847,    McCall, ID 83638-0847
4821494        +Lindy Photography,    6043 S Harrington Way,,    Boise, ID 83709-6098
4819022        +McCall Weddings, LLC,    C/O Law Office of D. Blair Clark, PC,    1509 Tyrell Lane, Ste. 180,
                 Boise, ID 83706-6658
4817462        +McCall Weddings, LLC.,    Shaver and Swanson, LLP,    P.O. Box 877,    Boise, ID 83701-0877
4821496        +Printshop McCall,    200 Jacob Street,    McCall, ID 83638-5191
4821498         Scott Magnuson,    P.O. Box 2139,    Boise, ID 83701-2139
4821499         Shelley Davis,    P.O. Box 2139,    Boise, ID 83701-2139
4821500        +St Luke's,    P.O. Box 699,    Boise, ID 83701-0699
4821504        +United Graphic Design,    200 Jacob Street,    McCall, ID 83638-5191
4821506        +Williams Law PLLC,    129 E. Pine,    Meridian, ID 83642-2330

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4817461        +E-mail/Text: banko@bonncoll.com Jun 26 2019 01:55:04      Bonneville Collections,
                 Po Box 150621,    Ogden, UT 84415-0621
4848825         EDI: ECMC.COM Jun 26 2019 05:53:00      Educational Credit Management Corporation,
                 PO BOX 16408,    ST. PAUL, MN 55116-0408
4821497        +EDI: NAVIENTFKASMSERV.COM Jun 26 2019 05:53:00      Sallie Mae,    P.O. Box 9500,
                 Wilkes Barre, PA 18773-9500
4821501         E-mail/Text: bankruptcies@slhs.org Jun 26 2019 01:54:51      St. Luke's,    P.O. Box 2578,
                 Boise, ID 83701-2578
4821502        +E-mail/Text: bankruptcies@slhs.org Jun 26 2019 01:54:51      St. Luke's,    190 E. Bannock,
                 Boise, ID 83712-6241
4821503         E-mail/Text: bankruptcies@slhs.org Jun 26 2019 01:54:51      St. Lukes,    P.O. Box 2578,
                 Boise, ID 83701-2578
4817463        +EDI: VERIZONCOMB.COM Jun 26 2019 05:53:00      Verizon,
                 Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
4839281         EDI: AIS.COM Jun 26 2019 05:53:00      Verizon,    by American InfoSource LP as agent,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
                                                                                                TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4821486*       +AAMS/Automated Accounts Management Servi,    4800 Mills Civic Parkway,    Suite 202,
                 West Des Moines, IA 50265-5265
4821487*       +Advantage Financial Services,    Attn: Bankruptcy,    10 S Cole Rd,    Boise, ID 83709-0930
4821488*       +Bonneville Collections,    Po Box 150621,    Ogden, UT 84415-0621
4821495*       +McCall Weddings, LLC.,    Shaver and Swanson, LLP,    P.O. Box 877,    Boise, ID 83701-0877
4821505*       +Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
                                                                                               TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2019                                          Signature:  /s/Joseph Speetjens

```
District/off: 0976-1          User: arutter               Page 2 of 2                   Date Rcvd: Jun 25, 2019
                              Form ID: 318                Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2019 at the address(es) listed below:
              Jeffrey Philip Kaufman    on behalf of Creditor    McCall Weddings, LLC jeffrey@dbclarklaw.com,
               maryann@dbclarklaw.com;mbblair@dbclarklaw.com;dbc@dbclarklaw.com;reception@dbclarklaw.com
              Jeffrey Philip Kaufman    on behalf of Plaintiff Shannon  Berry jeffrey@dbclarklaw.com,
               maryann@dbclarklaw.com;mbblair@dbclarklaw.com;dbc@dbclarklaw.com;reception@dbclarklaw.com
              Jeffrey Philip Kaufman    on behalf of Plaintiff    McCall Weddings, LLC jeffrey@dbclarklaw.com,
               maryann@dbclarklaw.com;mbblair@dbclarklaw.com;dbc@dbclarklaw.com;reception@dbclarklaw.com
              Jeffrey Philip Kaufman    on behalf of Plaintiff Steve  Berry jeffrey@dbclarklaw.com,
               maryann@dbclarklaw.com;mbblair@dbclarklaw.com;dbc@dbclarklaw.com;reception@dbclarklaw.com
              Noah G. Hillen     ngh@hillenlaw.com,
               dlr@hillenlaw.com;llm@hillenlaw.com;sellassets@ecf.inforuptcy.com;ID14@ecfcbis.com
              Rudy L Patrick     on behalf of Debtor Sherry Lynn Scheline rudy@rudypatrick.com,
               shannon@rudypatrick.com
              US Trustee     ustp.region18.bs.ecf@usdoj.gov
                                                                                             TOTAL: 7
```